UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                                         CASE NO: 2:14-cr-2-FtM-38DNF

JONATHAN ROBERT MAUSE

### ORDER

This cause comes before the Court on the Parties joint stipulation for the Court to conduct an *in camera* review of certain medical records. (Doc. #64). Thereafter, the Court held a status hearing on June 19, 2014. At the hearing, the Court explained to the Parties it has received and reviewed *in camera* Defendant Mause's medical evaluations from the Florida Department of Health and the Florida Army National Guard. The Court is still waiting for the medical evaluations from the Florida Department of Corrections. Upon receipt, the Court will review the medical evaluations *in camera* as well.

Pursuant to the Parties stipulation, the Court will release to Defendant Mause and the Government any and all information that the Court deems may have a relationship to Defendant Mause's mental status, mental capacity, and physical capacity.[1] The documents released will be available on the docket under separate docket entry. The released documents, however, will be sealed from the public but not from the Government or Defendant Mause. Pursuant to the Parties stipulation, any protected health information

---

[1] Pursuant to the Parties Stipulation (Doc. #64) signed by the attorneys and Defendant Mause, the only medical records to be released to the parties are those dealing with mental status, mental competency, and physical capacity.

of Defendant Mause shall not be used or disclosed for any purpose other than this instant litigation and proceeding.

Accordingly, it is now

**ORDERED:**

1. The Clerk is directed to file under SEAL the entirety of the medical records from the **Florida Department of Health** under separate docket entry. The document shall be sealed in such a way that only the Court has access to the document through CM/ECF.

2. The Clerk is directed to file under SEAL pages 1 – 3, 5 – 6, 11 – 14, and 16 from the **Florida Department of Health** document under separate docket entry. Only the Court, Defendant Mause, and the Government shall have access to the document through CM/ECF.

3. The Clerk is directed to SEAL the entirety of the medical records from the **Florida Army National Guard** under separate docket entry. The document shall be sealed in such a way that only the Court has access to the document through CM/ECF.

4. The Clerk is directed to file under SEAL pages 1 - 17 from the **Florida Army National Guard** document under separate docket entry. Only the Court, Defendant Mause, and the Government shall have access to the document through CM/ECF.

5. Defendant Mause is directed to appear at the next status conference, currently scheduled for **Friday, July 25, 2014**. At the status conference, the Court will entertain an affirmative indication from Defendant Mause that he does not want

to have the Florida Department of Health, Florida Army National Guard, and Florida Department of Corrections medical records disclosed to him in full. In the alternative, if Defendant Mause wishes to file a document waiving his right to review the entirety of the documents received by the Court from these agencies, he may do so.

**DONE AND ORDERED** at Fort Myers, Florida, this 26th day of June, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record