UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 2:14-cr-2-FtM-38DNF

JONATHAN ROBERT MAUSE

### ORDER

The Parties have stipulated to the Court conducting an *in camera* review of certain medical records. (Doc. 64). The Court has now received and reviewed *in camera* the medical evaluation from the Florida Department of Corrections.

Pursuant to the Parties stipulation, the Court will release to Defendant Mause and the Government any and all information that the Court deems may have a relationship to Defendant Mause's mental status, mental capacity, and physical capacity.[1] The documents released will be available on the docket under separate docket entry. The released documents, however, will be sealed from the public but not from the Government or Defendant Mause. Pursuant to the Parties stipulation, any protected health information of Defendant Mause shall not be used or disclosed for any purpose other than this instant litigation or proceeding.

Accordingly, it is now

**ORDERED:**

---

[1] Pursuant to the Parties Stipulation (Doc. 64) signed by the attorneys and Defendant Mause, the only medical records to be released to the parties are those dealing with mental status, mental competency, and physical capacity.

1. The Clerk is directed to file under SEAL the entirety of the medical records from the **Florida Department of Corrections** under separate docket entry. The document shall be sealed in such a way that only the Court has access to the document through CM/ECF.

2. The Clerk is directed to file under SEAL pages 1 and 14 - 21 from the **Florida Department of Corrections** document under separate docket entry. Only the Court, Defendant Mause, and the Government shall have access to the document through CM/ECF.

**DONE AND ORDERED** at Fort Myers, Florida, this 10th day of July, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record