UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                                  CASE NO: 2:14-cr-2-FtM-38DNF

JONATHAN ROBERT MAUSE

### ORDER[1]

This matter comes before the Court on consideration of the Magistrate Judge Douglas N. Frazier's Report and Recommendations (Doc. 103) filed on July 15, 2014, recommending Defendant Jonathan Robert Mause's Motion to Suppress (Doc. 49) be denied. Defendant Mause filed an objection to the Report and Recommendation (Doc. 114) on July 28, 2014. At the July 25, 2014, Final Pretrial Conference, the Government waived its right to respond to Defendant Mause's objection to the Report and Recommendation. The Government, however, noted it agreed with the Report and Recommendation. For the reasons set forth below, Defendant Mause's objection will be overruled and the Report and Recommendation will be accepted and adopted.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); United States v. Powell, 628 F.3d 1254, 1256 (11th Cir. 2010). A district judge "shall make a *de novo* determination of those

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C); see also United States v. Farias-Gonzalez, 556 F.3d 1181, 1184 n. 1 (11th Cir. 2009). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994). A district court may not reject the credibility determination of a magistrate judge without personally rehearing disputed testimony from the witness. Powell, 628 F.3d at 1256-58.

After an independent review of the motion to suppress (Doc. 49), the Government's response (Doc. 55), the Defendant's Supplement (Doc. 74), the Government's response to the Supplement (Doc. 81), the transcript (Doc. 101), the Magistrate Judge's Report and Recommendation (Doc. 103), and Defendant's objection (Doc. 114), the Court fully agrees with the findings of facts and conclusions of law made by the Magistrate Judge. Therefore, the Court will adopt the Report and Recommendation, and will deny the Motion to Suppress.

Accordingly, it is now **ORDERED**:

1. The Magistrate Judge's Report and Recommendations (Doc. 103) is **ACCEPTED** and **ADOPTED**, and it is specifically incorporated into this Order.
2. Defendant Mause's Objection (Doc. 114) is **OVERRULED**.
3. Defendant Mause's Motion to Suppress (Doc. 49) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this July 31, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record